1036

[Nos. 16592-2-III; 16593-1-III. Division Three. April 23, 1998.]

*In the Matter of the Interest of* M.A.E., ET AL.

SALLY E., *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeals from judgments of the Superior Court for Grant County, Nos. 96-7-00032-3, 96-7-00033-1, John Antosz, J. Pro Tem., entered February 18, 1997. *Affirmed* by unpublished opinion per Schultheis, C.J., concurred in by Brown and Kato, JJ.

[No. 21161-1-II. Division Two. April 24, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM CALVIN HUNTER, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 96-02340-1, Arthur W. Verharen, J., entered September 19, 1996. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Houghton, C.J., and Morgan, J.

[No. 22009-1-II. Division Two. April 24, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. NIKKI L. CARRELL, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 96-1-00494-9, H. John Hall, J., entered May 19, 1997. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton, C.J., and Hunt, J.

[No. 37940-2-I. Division One. April 27, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. DENNIS L. GRAY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-04466-6, William L. Downing, J., entered January 5, 1996. *Dismissed* by unpublished per curiam opinion.